**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

DOLORES A. SWANGER

Debtor(s)

Case No.:18-22691

Ronda J. Winnecour
Movant
vs.
No Respondents.

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 07/02/2018 and confirmed on 11/01/2018. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 25,030.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 25,030.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,151.61 | |
|    Trustee Fee | 1,177.11 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,328.72 |

| Creditor Type / Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| PNC BANK NA<br>Acct: 0408 | 0.00 | 16,745.82 | 0.00 | 16,745.82 |
| PNC BANK NA<br>Acct: 0408 | 0.00 | 0.00 | 0.00 | 0.00 |
| PNC BANK NA<br>Acct: 2900 | 14,683.14 | 0.00 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA**<br>Acct: 9959 | 2,489.28 | 2,489.28 | 645.01 | 3,134.29 |
| | | | | 19,880.11 |
| **Priority** | | | | |
| BRIAN C THOMPSON ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DOLORES A. SWANGER<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| THOMPSON LAW GROUP PC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| THOMPSON LAW GROUP PC<br>Acct: | 3,250.00 | 3,151.61 | 0.00 | 0.00 |

| 18-22691 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | | |
| | THOMPSON LAW GROUP PC | 3,278.06 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX0-20 | | | | |
| | THOMPSON LAW GROUP PC | 2,500.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PEOPLES GAS LLC F/K/A PEOPLES TWP | 0.00 | 511.17 | 0.00 | 511.17 |
| | Acct: 3357 | | | | |
| | CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
| | Acct: XXXXXXX1CMB | | | | |
| | | | | | 821.17 |
| Unsecured | | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC | 442.28 | 0.00 | 0.00 | 0.00 |
| | Acct: 8971 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 49.69 | 0.00 | 0.00 | 0.00 |
| | Acct: 9156 | | | | |
| | DIVERSIFIED ADJUSTMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2378 | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PEOPLES GAS LLC F/K/A PEOPLES TWP | 2,329.16 | 0.00 | 0.00 | 0.00 |
| | Acct: 9270 | | | | |
| | SIMM ASSOC INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1065 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 1,074.87 | 0.00 | 0.00 | 0.00 |
| | Acct: 5364 | | | | |
| | SPRINT CORP(*) | 3,019.17 | 0.00 | 0.00 | 0.00 |
| | Acct: 6754 | | | | |
| | DIRECTV LLC BY AMERICAN INFOSOURCE | 965.13 | 0.00 | 0.00 | 0.00 |
| | Acct: 9023 | | | | |
| | PHELAN HALLINAN DIAMOND & JONES LLI | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PHELAN HALLINAN DIAMOND & JONES LLI | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CREDIT PROTECTION ASSOC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | DE LA TORRE ORTHOTICS & PROSTH | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

\*\*\*NONE\*\*\*

TOTAL PAID TO CREDITORS                                                                                      20,701.28

TOTAL CLAIMED
PRIORITY                310.00
SECURED              17,172.42
UNSECURED             7,880.30


Date: 12/14/2021                                           /s/ Ronda J. Winnecour
                                                           RONDA J WINNECOUR PA ID #30399
                                                           CHAPTER 13 TRUSTEE WD PA
                                                           600 GRANT STREET
                                                           SUITE 3250 US STEEL TWR
                                                           PITTSBURGH, PA  15219
                                                           (412) 471-5566
                                                           cmecf@chapter13trusteewdpa.com